UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:23-cv-0298-X |
| JOHN DOE, subscriber assigned IP address 76.187.13.101, | § § § § | |
| *Defendant.* | | |

## DISMISSAL ORDER

In accordance with Plaintiff's notice of dismissal [Doc. 12], the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 27th day of June, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1